United States Bankruptcy Court
District of New Jersey

In the Matter of : Case No.

CARMINE VELEZ : 02-10702

Debtor :

## ORDER OF DISMISSAL

It is on this __21__ day of __Feb.__, 2002,

ORDERED AND DIRECTED that the above-captioned case be and the same is hereby dismissed without prejudice, for debtor(s)' failure:

\_\_\_\_\_ To attend Confirmation Hearing.

\_\_\_\_\_ To attend Section 341 Meeting.

\_\_\_\_\_ To make preconfirmation payments to Trustee.

__XXX__ To file required schedules, plan statements or summary

\_\_\_\_\_ Other -

JUDITH H. WIZMUR
U.S. BANKRUPTCY JUDGE

